GEORGE WESTON, *Appellant, v.* HORACE DIBBLE, *Respondent.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

JACOB L. EVERITT, *Respondent, v.* JAMES R. CONKLIN, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

WILLIAM SCHWIER, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Order affirmed, with costs. Opinion by BOARDMAN, J.

OLIVER PORTER, *Respondent, v.* WILLIAM A. ROBINSON and others, *Appellants.* — Judgment reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.

JOHN H. PLATZ, *Respondent, v.* THE CITY OF COHOES, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

MATTHEW J. STEEN, *Respondent, v.* THE NIAGARA FIRE INSURANCE COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

ALICE KETCHUM, *Respondent, v.* CALEB PALMER and others, *Appellants.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

JOSEPH SHAFFER, *Respondent, v.* JOSIAH RICH, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

THE GLENS FALLS PAPER COMPANY, *Respondent, v.* WILLLIAM H. WHITE, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

REBECCA LIVINGSTON, *Respondent, v.* LYMAN TARBELL, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by BOCKES, J.

JULIA A. FARR, *Respondent, v.* SARAH JAMES and others, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

WILLIAM H. WALTON, *Respondent, v.* WILLIAM R. FREEMAN and others, *Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; BOCKES, J., not acting.